IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:11-cr-0546-AT |
| : | |
| DAVID S. DENTON, : | |
| Defendant. : | |

## **ORDER**

This criminal action is before the Court on Defendant's Motion to Suppress Evidence [Doc. 11], the Magistrate Judge's Report and Recommendation ("R&R") recommending that the motion be denied [Doc. 32], and Defendant's Objections to the R&R [Doc. 39].

Based on the comprehensive nature of Defendant's objections, the Court has reviewed Defendant's Motion to Suppress on a *de novo* basis. After conducting a de novo review of the record and briefs filed, the Court finds that the motion should be denied based on the reasoning and legal analysis articulated in the Magistrate Judge's thorough R&R. Accordingly, the Court **OVERRULES** the Defendant's Objections, **ADOPTS** the R&R [Doc. 32], and **DENIES** Defendant's Motion to Suppress [Doc. 11].

It is so **ORDERED** this 4th day of September, 2012.

_____
Amy Totenberg
United States District Judge